**Adam NORCROSS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 122, 2017**

Supreme Court of Delaware.

Submitted: December 13, 2017
Decided: January 2, 2018
Corrected: January 11, 2018
Second Corrected: January 18, 2018

Court Below: Superior Court of the State of Delaware, ID. No. 0002006278A (K)

AFFIRMED.

**Andre MCDOUGAL, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 404, 2017**

Supreme Court of Delaware.

Submitted: October 20, 2017
Decided: January 2, 2018

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0607023450 (N)

AFFIRMED.